UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JUSTIN COXON,<br><br>  Defendant. | CR-05-223-FVS-3<br><br>ORDER GRANTING DEFENDANT'S AGREED MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>(Ct Rec 124 and 126) |

On January 10, 2011 defendant appeared with counsel and presented the Agreed Motion to Modify Conditions of Release. The Government had no objection to the requested modification.

Defendant's Agreed Motion to Modify Conditions of Release (Ct Rec 124) and the Motion to Expedited (Ct Rec 126) are **GRANTED**. Defendant's release conditions are modified to allow travel in the Providence of Alberta, Canada for employment purposes. All other conditions of release will remain in effect.

DATED January 11, 2011.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER - 1